UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER LABRECK,

        Plaintiff,        CIVIL ACTION NO. 11-11328

                                  HONORABLE JOHN CORBETT O'MEARA

v.

                                    MAGISTRATE JUDGE MARK A. RANDON

PAUL ESPOSITO, et al.,

        Defendants.

_____/

## ORDER TO PROVIDE ALTERNATE ADDRESS

On September 11, 2012, the United States Marshals Service served the Summons and Complaint on Defendants Marquis Homes, LLC; Lexor Group, Inc.; Louis Piccariello; and Lexor Group Development. On September 26, 2012, the Summons was returned unexecuted as to these Defendants, because Plaintiff provided a bad address.

Plaintiff has until ***October 23, 2012*** to provide the Court an alternative address for Defendants Marquis Homes, LLC; Lexor Group, Inc.; Louis Piccariello; and Lexor Group Development. Failure to do so may result in dismissal of Plaintiff's case against these Defendants under Fed. R. Civ. P. 4(m).

        **IT IS ORDERED**.

                                              s/Mark A. Randon
                                              MARK A. RANDON
                                              UNITED STATES MAGISTRATE JUDGE

Dated: October 12, 2012

Certificate of Service

I hereby certify that a copy of the foregoing document was served on the parties of record on this date, October 12, 2012, by electronic and/or first class U.S. mail.

s/Melody R. Miles
Case Manager to Magistrate Judge Mark A. Randon
(313) 234-5542