UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER JOSHUA LABRECK,

        Plaintiff,         Case no. 11-11328
                              Honorable John Corbett O'Meara

v.

PAUL ANTHONY ESPOSITO, et al.

        Defendants.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Mark A. Randon's report and recommendation, filed July 24, 2013. No objections have been filed by the parties. The court having reviewed and considered the matter;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED, and Plaintiff's motion for entry of default judgment (docket no. 49) is DENIED.

                                        s/John Corbett O'Meara
                                        United States District Judge

Date:  August 29, 2013

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 29, 2013, using the ECF system and/or ordinary mail.

                                          s/William Barkholz
                                          Case Manager